UNITED STATES of America, Plaintiff–Appellee,

v.

Hector BRUNO, Jr., Defendant–Appellant.

No. 14–13012
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 21, 2015.

Kathleen Mary Salyer, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, Roger Powell, Julia J. Vaglienti, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Thomas John Butler, Thomas Butler, Esq., Miami Beach, FL, for Defendant–Appellant.

Hector Bruno, Jr., Coleman, FL, pro se.

Before MARTIN, ANDERSON and EDMONDSON, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel in this direct criminal appeal for Hector Bruno, Jr., has moved to withdraw from further representation of Bruno and has filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bruno's conviction and sentence are **AFFIRMED.**